IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES THOMAS                                                                                          PETITIONER
ADC #129715

V.                                   NO. 5:04cv00262 JMM-JWC

LARRY NORRIS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entries #2, #25) in its entirety, with prejudice.

IT IS SO ORDERED this 7th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE