IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES THOMAS                                                                                         PETITIONER
ADC #129715

V.                                         NO. 5:04cv00262 JMM-JWC

LARRY NORRIS, Director,                                                                      RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 7th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE