IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES THOMAS**                                                                 **PETITIONER**

VS.                    **CASE NO. 5:04CV00262 JMM**

**LARRY NORRIS, DIRECTOR,**
**ARKANSAS DEPARTMENT OF CORRECTION**                        **RESPONDENT**

**ORDER**

The Clerk of the Court is directed to mail the attached documents to petitioner, James Thomas, 129715, at Cummins Unit, P.O. Box 500, Grady, Arkansas 71644-0500.

IT IS SO ORDERED THIS 7 day of March, 2008.

James M. Moody
United States District Judge